

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00357-CV

**LOWE'S HOME CENTERS, L.L.C.** and Hino Gas Sales, Inc.,
Appellants

v.

Mirna **TREVINO**, as Next Friend to S.T. and M.T., minors; Blanca Moreno, Individually and as
Next Friend to R.L. and S.L., minors, and on Behalf of the Estate of Genesis Moreno De Leos;
Olivia Pulido, Individually and on behalf of the Estate of Juan Ramon de Leos; Maria Angelica
Palacios Obregon; and Salvador Torres Morales,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-16-10
Honorable Ana Lisa Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order
costs taxed against appellants Lowe's Home Centers, L.L.C. and Hino Gas Sales, Inc.

SIGNED July 13, 2016.

_____
Luz Elena D. Chapa, Justice